ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
KAITLYN TOBIN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAWAL SINGH,<br><br>Defendants. | CASE NO. 1:26-CR-00153-JLT-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for November 4, 2026 be vacated and the matter instead be set for status conference on December 16, 2026, due to the defendant's unavailability due to an immigration proceeding. He is in immigration detention and the immigration court scheduled the hearing in his immigration court for the same date as his current criminal status conference.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. Defendant is on release in this case but is in immigration custody pending removal proceedings. The Department of Homeland Security informs counsel that he has a hearing scheduled in his immigration case for November 4, 2026, the same date as his criminal status conference.

2. Depending on the outcome of that hearing, he may be released from immigration custody

or may remain detained. Should he remain detained, the United States will make arrangements for him to appear at his next status conference hearing.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery in preparation for change of plea and sentencing, in order to better assist in the preparation of the pre-sentence report and any objections therof.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery and prepare for trial.

- The outcome of defendant's immigration proceeding may affect the scheduling of trial and other dates.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2026 to December 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 3, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: November 3, 2026

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Attorney for Kawal SINGH

**ORDER**

The Court is in receipt of the stipulation, but at this time does not find good cause for exclusion of time under the Speedy Trial Act as this request was submitted at 4:00 pm the day before the hearing, which is inexcusable, and that the inability of the defendant to not appear at the November 4 criminal hearing is a direct result of the government denying him access to this Court. Therefore, the Court finds no good reason to exclude the defendant's right to a Speedy Trial. The matter is continued to December 16, 2026 at 1:00 pm The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge