ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
KAITLYN TOBIN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**IN THE UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAWAL SINGH,<br><br>Defendants. | CASE NO. 1:26-CR-00153-JLT-SAB<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for December 16, 2026 be vacated and the matter instead be set for status conference on December 2, 2026. The matter has no exclusion of time, no trial date set, and the Speedy Trial Act period runs on or about January 13, 2027.

Dated: November 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: November 13, 2026

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Attorney for Kawal SINGH

**ORDER**

IT IS HEREBY ORDERED that the matter is advanced to **December 2, 2026 at 1:00 PM** before Magistrate Judge Stanley A. Boone. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge